|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 11-8486-JFW (FFMx)**                                          Date: December 13, 2011

Title:   Ningbo Jehson Textiles Imp. and Ex. Co., Ltd. -v- DVS Shoe Co., Inc.

**DOCKET ENTRY**

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**             **ATTORNEYS PRESENT FOR DEFENDANTS:**
     None                                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER OF DISMISSAL**

    In the Notice of Settlement filed on December 12, 2011, Dkt. No. 14, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to reopening the action on or before March 31, 2013 to allow plaintiff to file the Stipulation for Judgment.  After March 31, 2013, absent further order of the Court, the Clerk is ordered to dismiss this action with prejudice.  All other dates in this action are vacated.  The Court declines to sign the proposed Order re: Stipulation for Judgment filed December 12, 2011, Dkt. No. 16.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 11/30/11)